**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JOSE NORIEGA VALENCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 06-CR-00376 DLJ |
| Plaintiff, | **MOTION FOR CONTINUANCE OF SENTENCING; STIPULATION AND ORDER** |
| vs. | |
| **JOSE NORIEGA VALENICA,** | |
| Defendant. | |

–o0o–

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Carolyn Delaney, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant JOSE NORIEGA VALENICA, that the sentencing hearing, currently set for January 29, 2008 at 10:00 a.m., be vacated and continued to February 26, 2008 at 10:00 a.m. in the courtroom of the Honorable D. Lowell Jensen.

This continuance is requested by the defense to allow defense counsel additional time to confer with the defendant and prepare the defendant for sentencing with the assistance of a Spanish interpreter.  The Court is advised that Ms. Delaney concurs with the February 26, 2008 sentencing date and has authorized Ms. Radekin to sign this stipulation on her behalf. The Court is further advised that United States Probation Officer Scott Storey also concurs

with the February 26, 2008 sentencing date and Spanish interpreter Yolanda Riley Portal has been notified that the January 29, 2008 date will be vacated and the matter continued to February 26, 2008.

Dated: January 28, 2008        McGREGOR W. SCOTT
                               United States Attorney

                               By:     /s/ CAROLYN DELANEY
                                   CAROLYN DELANEY
                                   Assistant U.S. Attorney

Dated: January 28, 2008             /s/ ERIN J. RADEKIN
                                   ERIN J. RADEKIN
                                   Attorney for Defendant
                                   JOSE NORIEGA VALENCIA

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for January 29, 2008 at 10:00 a.m. is VACATED, and the matter continued until February 26, 2008 at 10:00 a.m. for sentencing.

Dated: January 28, 2008

                                   /s/ D. Lowell Jensen
                                   HON. D. LOWELL JENSEN
                                   United States District Judge

2